<div style="text-align:right">NEW-YORK,<br>May, 1814.<br>CROUSE<br>v.<br>MABBETT.</div>

<div style="text-align:center">Judgment reversed.</div>

---

CROUSE *against* MABBETT AND TRIPP, OVERSEERS OF THE POOR, &c.

IN ERROR, on *certiorari*, from a justice's court. *Mabbett* and *Tripp* sued *Crouse* before the justice, and declared against him, that he, without any lawful authority, brought into the town of *Washington* one *William Brown*, a *pauper*, having no settlement there, or within this state; that the pauper fell sick, and was supported by them, the plaintiffs, as overseers, &c. under an order of two justices of the peace, until the death of the pauper, at the expense of about twenty dollars; and that the defendant well knew, &c. the facts set forth. Plea, general issue. The return stated that the plaintiffs proved all the material allegations in their declaration. The defendant offered to prove that *Mabbett*, one of the plaintiffs, had said that there was property enough left by *Brown*, after his death, in the town of *Washington*, to defray all the expenses; but this evidence being objected to, was overruled by the justice, and a judgment given for the plaintiffs for 20 dollars, with costs.

<div style="float:right;width:30%">Overseers of the poor, who have expended money, under an order of two justices, for the maintenance of a *pauper*, cannot maintain an action on the case against a person who brought the *pauper* into the town, having no legal settlement in the state, for the amount so expended; but their remedy is under the statute, (sess. 36. c. 78. s. 8. 1 *N. R. L.* 279.) to recover the penalty given in such case.</div>

*Per Curiam.* This judgment must be reversed. There is no principle of the common law on which the action can be maintained. The statute for the relief and settlement of the poor, (sess. 36. c. 78. s. 8. 1 *N. R. L.* 279.) subjects to a *penalty* any inhabitant who shall receive and entertain, for the space of fifteen days, any person who has not gained a settlement in some city or town in the state, without giving notice thereof, in writing, to one of the overseers of the poor, &c. But this action was not brought on the statute, and cannot be sustained.

<div style="text-align:center">Judgment reversed.</div>